**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aspirity Energy, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3861632** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **12800 Whitewater Drive** **Suite 250** **Minnetonka, MN 55343** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hennepin** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Aspirity Energy, LLC**  Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Aspirity Energy, LLC**  Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other  _____

  **Where is the property?**  _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency  _____
             Contact name  _____
             Phone  _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Aspirity Energy, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 30, 2017**
MM / DD / YYYY

**X /s/ Scott Lutz**                                    **Scott Lutz**
Signature of authorized representative of debtor        Printed name

Title **President and CEO**

**18. Signature of attorney**

**X /s/ Steven B. Nosek**                               Date **June 30, 2017**
Signature of attorney for debtor                        MM / DD / YYYY

**Steven B. Nosek**
Printed name

**Steven B. Nosek, P.A.**
Firm name

**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**
Number, Street, City, State & ZIP Code

Contact phone **612-335-9171**        Email address **snosek@noseklawfirm.com**

**79960**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Aspirity Energy, LLC**
United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACCS Marketing LLC<br>2429 W Broad Street<br>Columbus, OH 43204 | | | | | | $49,455.00 |
| ActiveDemand<br>#732, 710-20 Crowfoot Crescent<br>Calgary Alberta<br>CANADA<br>T3G 2P6 | | | | | | $1,308.00 |
| American Electric Power<br>700 Morrison Road<br>Columbus, OH 43230 | | | | | | $3,495.00 |
| ClearPoint Energy<br>120 E Washington S #304<br>Syracuse, NY 13202 | | | | | | $2,625.00 |
| Cohert Solutions, Inc.<br>Attn: Dan Schneider<br>1600 Utica Ave S #120<br>Minneapolis, MN 55416 | | | | | | $18,269.00 |
| Cozen O'Connor<br>1200 19th Street NW<br>Washington, DC 20036 | | | | | | $6,312.00 |
| Eckert Seamans Cherin Mellott<br>PO BOx 643187<br>Pittsburgh, PA 15264-3187 | | | | | | $1,855.00 |

Debtor **Aspirity Energy, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Energy Group Consultatnts LLC**<br>203 E 29th St<br>Pittsburg, KS 66762 | | | | | | $15,850.00 |
| **Exelon Generation Company, LLC**<br>1310 Point Street, 11th Floor<br>Baltimore, MD 21231 | | | | $1,250,361.27 | $0.00 | $1,250,361.27 |
| **Law Offices of Gerard T. Fox**<br>203 N LaSAlle St #2100<br>Chicago, IL 60601 | | | | | | $2,610.00 |
| **Nexxa Group, Inc.**<br>PO Box 61690<br>Fort Myers, FL 33906 | | | | | | $4,615.00 |
| **Nigel Solutions Group, LLC**<br>Attn: Brandi DuClos<br>410 Pennzylvania Road<br>Mills River, NC 28759 | | | | | | $4,440.00 |
| **NRAI, Inc.**<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | | | | | | $3,623.00 |
| **OpSolve LLC**<br>707 Grant Street, Suite 1015<br>Pittsburgh, PA 15219 | | | | | | $86,951.00 |
| **Optimizely, Inc.**<br>Dept CH 19940<br>Palatine, IL 60055-9940 | | | | | | $6,930.00 |
| **P.R. Quinlan Associates, Inc.**<br>Attn: Frank Caliva<br>1012 14th St NW, #903<br>Washington, DC 20005 | | | | | | $6,439.00 |
| **The Sales Verification Co, LLC**<br>Attn: Accounts Receivable<br>9701 International Ct N, #A<br>Saint Petersburg, FL 33716 | | | | | | $6,641.81 |

Debtor **Aspirity Energy, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TrustedTPV, LLC<br>PO Box 782361<br>Orlando, FL<br>32878-2361 | | | | | | $7,546.96 |
| United Energy Services<br>9149 SW 49th Place, #101<br>Gainesville, FL 32608 | | | | | | $86,800.00 |
| Vorys, Sater, Seymour & Pease<br>PO Box 73487<br>Cleveland, OH 44193 | | | | | | $2,205.00 |

```
ACCS MARKETING LLC
2429 W BROAD STREET
COLUMBUS OH 43204



ACTIVEDEMAND
#732, 710-20 CROWFOOT CRESCENT
CALGARY ALBERTA CANADA
T3G 2P6



AMERICAN ELECTRIC POWER
700 MORRISON ROAD
COLUMBUS OH 43230



BBB OF MINNESOTA & ND
ATTN:  ACCOUNTING
220 S RIVER RIDGE CIRCLE
BURNSVILLE MN 55337



CLEARPOINT ENERGY
120 E WASHINGTON S #304
SYRACUSE NY 13202



COHERT SOLUTIONS, INC.
ATTN:  DAN SCHNEIDER
1600 UTICA AVE S #120
MINNEAPOLIS MN 55416



COMMONWEALTH OF PENNSYLVANIA
BUREAU OF ADMINISTRATION SVC
PO BOX 3265
HARRISBURG PA 17105-3265



COZEN O'CONNOR
1200 19TH STREET NW
WASHINGTON DC 20036
```

```
DAYTON POWER & LIGHT COMPANY
CONTROL AREA SERVICES
1900 DRYDEN RD
DAYTON OH 45439



DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON NY 13902-5509



DUKE ENERGY
PO BOX 603083
CHARLOTTE NC 28260-3083



ECKERT SEAMANS CHERIN MELLOTT
PO BOX 643187
PITTSBURGH PA 15264-3187



EMBROIDME
ATTN:  EUGENE BROWN
950 TAYLOR STATION ROAD, #U
COLUMBUS OH 43230



ENERGY GROUP CONSULTATNTS LLC
203 E 29TH ST
PITTSBURG KS  66762



EXELON GENERATION COMPANY, LLC
1310 POINT STREET, 11TH FLOOR
BALTIMORE MD 21231



HAWKE MCKEON & SNISCAK LLP
100 N TENTH STREET
HARRISBURG PA 17101



ILLINOIS DEPARTMENT OF REVENUE
SECRETARY OF STATE
421 E CAPITAOL AVE 2ND FL
SPRINGFIELD IL 62701
```

```
LAW OFFICES OF GERARD T. FOX
203 N LASALLE ST #2100
CHICAGO IL 60601



NEXXA GROUP, INC.
PO BOX 61690
FORT MYERS FL 33906



NIGEL SOLUTIONS GROUP, LLC
ATTN:  BRANDI DUCLOS
410 PENNZYLVANIA ROAD
MILLS RIVER NC 28759



NRAI, INC.
PO BOX 4349
CAROL STREAM IL 60197-4349



OHIO EDISON COMPANY
PO BOX 3687
AKRON OH 44309-3687



OPSOLVE LLC
707 GRANT STREET, SUITE 1015
PITTSBURGH PA 15219



OPTIMIZELY, INC.
DEPT CH 19940
PALATINE IL 60055-9940



P.R. QUINLAN ASSOCIATES, INC.
ATTN:  FRANK CALIVA
1012 14TH ST NW, #903
WASHINGTON DC 20005



PENNSYLVANIA DEPARTMENT OF REV
BUREUA OF CORPATION TAXES
DEPT 280427
HARRISBURG PA 17128-0427
```

```
SNAP PRINT, INC.
120 SHADY OAK RD
HOPKINS MN 55343



THE ILLUMINATING COMPANY
PO BOX 3687
AKRON OH 44309-3687



THE SALES VERIFICATION CO, LLC
ATTN:  ACCOUNTS RECEIVABLE
9701 INTERNATIONAL CT N, #A
SAINT PETERSBURG FL 33716



TOLEDO EDISON COMPANY
PO BOX 3687
AKRON OH 44309-3687



TRUSTEDTPV, LLC
PO BOX 782361
ORLANDO FL 32878-2361



UNITED ENERGY SERVICES
9149 SW 49TH PLACE, #101
GAINESVILLE FL 32608



VORYS, SATER, SEYMOUR & PEASE
PO BOX 73487
CLEVELAND OH 44193
```

# United States Bankruptcy Court
## District of Minnesota

In re  **Aspirity Energy, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Aspirity Energy, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 30, 2017**  
Date

**/s/ Steven B. Nosek**  
**Steven B. Nosek 79960**  
Signature of Attorney or Litigant  
Counsel for **Aspirity Energy, LLC**  
**Steven B. Nosek, P.A.**  
**Attorney at Law**  
**2855 Anthony Lane S, #201**  
**St. Anthony, MN 55418**  
**612-335-9171 Fax:612-789-2109**  
**snosek@noseklawfirm.com**