| | |
|---|---|
| DEBTOR: **Aspirity Energy, LLC** | MONTHLY OPERATING REPORT<br>CHAPTER 11 |
| CASE NUMBER: **17-41991** # | |
| For Period: 8/1/17 to 8/31/17 | |

**Form 2-A**
**COVER SHEET**

For Period Ending _____8/31/17_____

**Accounting Method:** ☐ Accrual Basis    ☐ Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U has waived the requirement in writing. Submit the original Monthly Oper bearing an original signature, to the U. S. Trustee. A copy of the Report filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☐ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☐ | ☐ | 6. Narrative (Form 2-G) |
| ☐ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: **9/21/17**    Print Name: **SCOTT LUTZ**

Signature: *[signature]*

Title: **PRESIDENT / CEO**

Rev. 01/01/0

**DEBTOR:** Aspirity Energy, LLC          **CASE NO:** 17-41991

**Form 2-B**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 8/1/17 to 8/31/17          8/31/2017

### CASH FLOW SUMMARY

| | Current Month | Accumulated |
|---|---:|---:|
| 1. Beginning Cash Balance | $ 517,688 (1) | $ 74,633 (1) |
| 2. Cash Receipts | | |
|    Operations | 718,335 | 1,279,433 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other | 0 | 0 |
|    Total Cash Receipts | $ 718,335 | $ 1,279,433 |
| 3. Cash Disbursements | | |
|    Operations | 139,589 | 257,632 |
|    Debt Service/Secured loan payment | 0 | 0 |
|    Professional fees/U.S. Trustee fees | 0 | 0 |
|    Other | 1,022,889 | 1,022,889 |
|    Total Cash Disbursements | $ 1,162,478 | $ 1,280,521 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -444,142 | -1,087 |
| 5. Ending Cash Balance (to Form 2-C) | $ 73,546 (2) | $ 73,546 (2) |

### CASH BALANCE SUMMARY

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 0 |
| DIP Operating Account | BMO Harris - 4676 | 3,547 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account (lockbox) | BMO Harris - 4742 | 70,000 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 73,547 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 01/01/0

DEBTOR: **Aspirity Energy, LLC**  CASE NO: 17-41991

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/17 to 8/31/17    8/31/2017

**CASH RECEIPTS DETAIL**  Account No: *4742
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 08/01/17 | Various Utilities | Remittances for Energy Sales | 57,594 |
| 08/02/17 | Various Utilities | Remittances for Energy Sales | 26,731 |
| 08/03/17 | Various Utilities | Remittances for Energy Sales | 13,215 |
| 08/04/17 | Various Utilities | Remittances for Energy Sales | 15,724 |
| 08/07/17 | Various Utilities | Remittances for Energy Sales | 32,922 |
| 08/08/17 | Various Utilities | Remittances for Energy Sales | 47,842 |
| 08/09/17 | Various Utilities | Remittances for Energy Sales | 24,714 |
| 08/10/17 | Various Utilities | Remittances for Energy Sales | 14,743 |
| 08/11/17 | Various Utilities | Remittances for Energy Sales | 18,149 |
| 08/14/17 | Various Utilities | Remittances for Energy Sales | 32,649 |
| 08/15/17 | Various Utilities | Remittances for Energy Sales | 77,178 |
| 08/16/17 | Various Utilities | Remittances for Energy Sales | 34,199 |
| 08/17/17 | Various Utilities | Remittances for Energy Sales | 13,919 |
| 08/18/17 | Various Utilities | Remittances for Energy Sales | 11,334 |
| 08/21/17 | Various Utilities | Remittances for Energy Sales | 41,537 |
| 08/22/17 | Various Utilities | Remittances for Energy Sales | 69,493 |
| 08/23/17 | Various Utilities | Remittances for Energy Sales | 28,155 |
| 08/24/17 | Various Utilities | Remittances for Energy Sales | 11,767 |
| 08/25/17 | Various Utilities | Remittances for Energy Sales | 16,198 |
| 08/28/17 | Various Utilities | Remittances for Energy Sales | 27,663 |
| 08/29/17 | Various Utilities | Remittances for Energy Sales | 61,821 |
| 08/30/17 | Various Utilities | Remittances for Energy Sales | 26,098 |
| 08/31/17 | Various Utilities | Remittances for Energy Sales | 14,690 |

**Total Cash Receipts** $ __718,335__ (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 01/01/08

DEBTOR: Aspirity Energy, LLC     CASE NO: 17-41991

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**     8/31/2017
For Period: 8/1/17 to 8/31/17 For Period: _____ to _____

**CASH DISBURSEMENTS DETAIL**     Account No: *4676
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 08/30/17 | ACH | ADP | Workers Compensation | 34 |
| 08/30/17 | ACH | Government | Payroll Taxes | 6,354 |
| 08/29/17 | ACH | Blue Cross Blue Shield | Health Insurance | 4,757 |
| 08/29/17 | ACH | Employees | Payroll | 10,920 |
| 08/25/17 | ACH | ADP | Payroll Fees | 78 |
| 08/25/17 | Transfer | BMO Harris | Account Analysis Fees | 2,186 |
| 08/14/17 | ACH | ADP | Payroll Fees | 67 |
| 08/14/17 | ACH | Government | Payroll Taxes | 6,496 |
| 08/11/17 | ACH | Employees | Payroll | 10,920 |
| 08/09/17 | Transfer | BMO Harris | Account Analysis Fees | 2,700 |
| 08/04/17 | ACH | ADP | Workers Compensation | 53 |
| 08/02/17 | ACH | Guardian | Dental/Vision Insurance | 5,614 |
| 08/01/17 | Check | Scott Lutz | Payroll | 6,692 |
| 08/01/17 | Wire | OpSolve | Data Servicing Expense | 82,718 |

**Total Cash Disbursements**    $ 139,589

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 01/01/08

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 8/31/2017
For Period: 8/1/17 to 8/31/17

| ASSETS | | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **Current Assets:** | | | |
| Cash (from Form 2-B, line 5) | $ | 73,546 | $ 74,633 |
| Accounts Receivable (from Form 2-E) | | 967,911 | 967,872 |
| Receivable from Officers, Employees, Affiliates | | 0 | 0 |
| Inventory | | 0 | 0 |
| Other Current Assets :(List) | | 0 | 0 |
| | | 37,246 | 37,246 |
| Total Current Assets | $ | 1,078,703 | $ 1,079,751 |
| **Fixed Assets:** | | | |
| Land | $ | 0 | $ 0 |
| Building | | 0 | 0 |
| Equipment, Furniture and Fixtures | | 0 | 0 |
| Total Fixed Assets | | 0 | 0 |
| Less: Accumulated Depreciation | ( | 0 ) ( | 0 ) |
| Net Fixed Assets | $ | 0 | $ 0 |
| Other Assets (List): | | 0 | 0 |
| | | 0 | 0 |
| **TOTAL ASSETS** | $ | 1,078,703 | $ 1,079,751 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0 | 0 |
| Post-petition Notes Payable | | 0 | 0 |
| Other Post-petition Payable(List): | | 0 | 0 |
| | | 0 | 0 |
| Total Post Petition Liabilities | $ | 0 | $ 0 |
| **Pre Petition Liabilities:** | | | |
| Secured Debt | | 1,746,600 | 1,746,600 |
| Priority Debt | | 0 | 0 |
| Unsecured Debt | | 253,393 | 253,393 |
| Total Pre Petition Liabilities | $ | 1,999,993 | $ 1,999,993 |
| **TOTAL LIABILITIES** | $ | 1,999,993 | $ 1,999,993 |
| **OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity | $ | 5,797,944 | $ 5,797,944 |
| Retained Earnings - Prepetition | | -6,718,187 | -6,718,187 |
| Retained Earnings - Post-petition | | -1,047 | 0 |
| **TOTAL OWNERS' EQUITY** | $ | -921,290 | $ -920,243 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 1,078,703 | $ 1,079,750 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are listed on the Debtor's schedules.

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** Aspirity Energy, LLC  **CASE NO:** 17-41991

**Form 2-D**

**PROFIT AND LOSS STATEMENT**  8/31/2017
For Period: 8/1/17 to 8/31/17

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 632,569 | $ 1,309,225 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 632,569 | $ 1,309,225 |
| Cost of Goods Sold | 521,425 | 1,078,817 |
| **Gross Profit** | $ 111,144 | $ 230,408 |
| Operating Expenses | | |
|   Officer Compensation | $ 34,690 | $ 88,635 |
|   Selling, General and Administrative | 57,759 | 142,820 |
|   Rents and Leases | 0 | 0 |
|   Depreciation, Depletion and Amortization | 0 | 0 |
|   Other (list): | 0 | 0 |
| | 0 | 0 |
| Total Operating Expenses | $ 92,449 | $ 231,455 |
| **Operating Income (Loss)** | $ 18,695 | $ -1,047 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | 0 | 0 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0 | $ 0 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 18,695 | $ -1,047 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 18,695 | $ -1,047 |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 01/01/08

DEBTOR: Aspirity Energy, LLC          CASE NO: 17-41991

**Form 2-E**

**SUPPORTING SCHEDULES**
For Period: 8/1/17 to 8/31/17                    8/31/2017

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 5,713 | $ 5,713 | | $ | 0 |
| State | 0 | 1,907 | 1,907 | | | 0 |
| FICA Tax Withheld | 0 | 2,440 | 2,440 | | | 0 |
| Employer's FICA Tax | 0 | 2,440 | 2,440 | | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 84 | 84 | | | 0 |
| State | 0 | 491 | 491 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: _____ | 0 | 0 | 0 | | | 0 |
| TOTALS | $ 0 | $ 13,075 | $ 13,075 | | $ | 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | ADP | $ | 7/1/18 | $ 8/31/17 |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | | $ | | $ |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 01/01/08

DEBTOR: Aspirity Energy, LLC                             CASE NO: 17-41991

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 08/1/2017 to 08/31/2017

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 913,658.47 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 913,658.47 | |
| **Pre Petition Amounts** | 123,932.53 | |
| Total Accounts Receivable | $ 1,037,591.00 | |
| Less: Bad Debt Reserve | -69,680.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 967,911.00 | |
| Total Post Petition Accounts Payable | | $ 0.00 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 0 | 0 | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | 0 | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/08

DEBTOR: Aspirity Energy, LLC     CASE NO: 17-41991

# Form 2-F
## QUARTERLY FEE SUMMARY *

For the Month Ended: 8/31/2017

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 | $ | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 | $ | | |
| July | 2017 | $ 118,043 | 975 | | |
| August | 2017 | 139,589 | 975 | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 257631.59 | $ | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | $ | | |

## FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999............... | $325 | $1,000,000 to $1,999,999............... | $6,500 |
| $15,000 to $74,999........... | $650 | $2,000,000 to $2,999,999............... | $9,750 |
| $75,000 to $149,999.......... | $975 | $3,000,000 to $4,999,999............... | $10,400 |
| $150,000 to $224,999......... | $1,625 | $5,000,000 to $14,999,999......... | $13,000 |
| $225,000 to $299,999......... | $1,950 | $15,000,000 to $29,999,999........ | $20,000 |
| $300,000 to $999,999......... | $4,875 | $30,000,000 or more................ | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1
Rev. 01/01/08