| | |
|---|---|
| **DEBTOR:** Aspirity Energy, LLC | **MONTHLY OPERATING REPORT**<br>CHAPTER 11 |
| **CASE NUMBER:** 17-41991   # | |
| For Period: 9/1/17 to 9/30/17 | |

**Form 2-A**
**COVER SHEET**

For Period Ending _____9/30/17_____

**Accounting Method:**   ☐ Accrual Basis   ☐ Cash Basis

***THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH***

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U has waived the requirement in writing. Submit the original Monthly Oper bearing an original signature, to the U.S. Trustee. A copy of the Report filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☐ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☐ | ☐ | 6. Narrative (Form 2-G) |
| ☐ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 10/18/17    **Print Name:** SCOTT LUTZ

**Signature:** _[signature]_

**Title:** PRESIDENT + CEO

Rev. 01/01/0

**DEBTOR:** Aspirity Energy, LLC     **CASE NO:** 17-41991

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 9/1/17 to 9/30/17

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---:|---:|
| **1. Beginning Cash Balance** | $ 73,547 (1) | $ 74,633 (1) |
| **2. Cash Receipts** | | |
|   Operations | 575,854 | 1,855,287 |
|   Sale of Assets | 0 | 0 |
|   Loans/advances | 0 | 0 |
|   Other | 0 | 0 |
|   Total Cash Receipts | $ 575,854 | $ 1,855,287 |
| **3. Cash Disbursements** | | |
|   Operations | 25,874 | 283,505 |
|   Debt Service/Secured loan payment | 0 | 0 |
|   Professional fees/U.S. Trustee fees | 0 | 0 |
|   Other | 575,295 | 1,598,184 |
|   Total Cash Disbursements | $ 601,169 | $ 1,881,689 |
| **4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)** | -25,314 | -26,401 |
| **5. Ending Cash Balance (to Form 2-C)** | $ 48,233 (2) | $ 48,232 (2) |

### CASH BALANCE SUMMARY

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 0 |
| DIP Operating Account | BMO Harris - 4676 | 48,233 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account (lockbox) | BMO Harris - 4742 | 0 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 48,233 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 01/01/0

**DEBTOR:** Aspirity Energy, LLC  **CASE NO:** 17-41991

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/17 to 9/30/17

9/30/2017

**CASH RECEIPTS DETAIL**  **Account No:** *4742
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 09/01/17 | Various Utilities | Remittances for Energy Sales | 12,369 |
| 09/05/17 | Various Utilities | Remittances for Energy Sales | 28,613 |
| 09/06/17 | Various Utilities | Remittances for Energy Sales | 82,416 |
| 09/07/17 | Various Utilities | Remittances for Energy Sales | 9,543 |
| 09/08/17 | Various Utilities | Remittances for Energy Sales | 20,559 |
| 09/11/17 | Various Utilities | Remittances for Energy Sales | 27,647 |
| 09/12/17 | Various Utilities | Remittances for Energy Sales | 51,266 |
| 09/13/17 | Various Utilities | Remittances for Energy Sales | 35,534 |
| 09/14/17 | Various Utilities | Remittances for Energy Sales | 11,120 |
| 09/15/17 | Various Utilities | Remittances for Energy Sales | 11,966 |
| 09/18/17 | Various Utilities | Remittances for Energy Sales | 45,914 |
| 09/19/17 | Various Utilities | Remittances for Energy Sales | 64,450 |
| 09/20/17 | Various Utilities | Remittances for Energy Sales | 25,564 |
| 09/21/17 | Various Utilities | Remittances for Energy Sales | 17,637 |
| 09/22/17 | Various Utilities | Remittances for Energy Sales | 6,882 |
| 09/25/17 | Various Utilities | Remittances for Energy Sales | 27,187 |
| 09/26/17 | Various Utilities | Remittances for Energy Sales | 53,192 |
| 09/27/17 | Various Utilities | Remittances for Energy Sales | 23,384 |
| 09/28/17 | Various Utilities | Remittances for Energy Sales | 12,645 |
| 09/29/17 | Various Utilities | Remittances for Energy Sales | 7,966 |

**Total Cash Receipts** $ 575,854 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/08

Case 17-41991   Doc 65   Filed 10/19/17   Entered 10/19/17 09:21:40   Desc Main
Document      Page 4 of 9


**DEBTOR:** Aspirity Energy, LLC  **CASE NO:** 17-41991

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 9/1/17 to 9/30/17   For Period: _____ to _____

**CASH DISBURSEMENTS DETAIL**   **Account No:** *4676
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 09/29/17 | ACH | ADP | Payroll Fees | 68 |
| 09/25/17 | Check | Scott Lutz | Office Supplies | 129 |
| 09/25/17 | Check | Scott Lutz | Office Supplies | 372 |
| 09/20/17 | Check | Steve Nosek | Legal Expenses | 5,506 |
| 09/18/17 | ACH | ADP | Payroll Fees | 34 |
| 09/18/17 | ACH | Taxes | Payroll Taxes | 6,337 |
| 09/15/17 | ACH | Payroll | Payroll | 10,920 |
| 09/14/17 | Transfer | BMO Harris | Account Analysis Fees | 2,436 |
| 09/11/17 | Check | Energy Customer | Refund sent on May 3, 2017 | 3 |
| 09/08/17 | ACH | ADP | Payroll Fees | 68 |

**Total Cash Disbursements** $ 25,874

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Aspirity Energy, LLC         CASE NO: 17-41991

## Form 2-C
## COMPARATIVE BALANCE SHEET

For Period Ended: 9/30/2017
For Period: 9/1/17 to 9/30/17

| | Current Month | Petition Date (1) |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 48,233 | $ 74,633 |
| Accounts Receivable (from Form 2-E) | 722,600 | 967,872 |
| Receivable from Officers, Employees, Affiliates | 0 | 0 |
| Inventory | 0 | 0 |
| Other Current Assets :(List) | 0 | 0 |
| | 37,246 | 37,246 |
| Total Current Assets | $ 808,079 | $ 1,079,751 |
| Fixed Assets: | | |
| Land | $ 0 | $ 0 |
| Building | 0 | 0 |
| Equipment, Furniture and Fixtures | 0 | 0 |
| Total Fixed Assets | 0 | 0 |
| Less: Accumulated Depreciation | ( 0 ) | ( 0 ) |
| Net Fixed Assets | $ 0 | $ 0 |
| Other Assets (List): | 0 | 0 |
| | 0 | 0 |
| **TOTAL ASSETS** | $ 808,079 | $ 1,079,751 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): | 0 | 0 |
| | 0 | 0 |
| Total Post Petition Liabilities | $ 0 | $ 0 |
| Pre Petition Liabilities: | | |
| Secured Debt | 1,692,776 | 1,746,600 |
| Priority Debt | 0 | 0 |
| Unsecured Debt | | 253,393 |
| Total Pre Petition Liabilities | $ 1,692,776 | $ 1,999,993 |
| **TOTAL LIABILITIES** | $ 1,692,776 | $ 1,999,993 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 5,797,944 | $ 5,797,944 |
| Retained Earnings - Prepetition | -6,718,187 | -6,718,187 |
| Retained Earnings - Post-petition | 35,545 | 0 |
| **TOTAL OWNERS' EQUITY** | $ -884,698 | $ -920,243 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 808,078 | $ 1,079,750 |

(1) *Petition date values are taken from the Debtor's balance sheet as of the petition date or are listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** Aspirity Energy, LLC  **CASE NO:** 17-41991

## Form 2-D
## PROFIT AND LOSS STATEMENT

For Period: 9/1/17 to 9/30/17

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 361,623 | $ 1,670,848 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 361,623 | $ 1,670,848 |
| Cost of Goods Sold | 299,157 | 1,377,974 |
| **Gross Profit** | $ 62,466 | $ 292,874 |
| Operating Expenses | | |
| Officer Compensation | $ 17,257 | $ 105,892 |
| Selling, General and Administrative | 8,617 | 151,437 |
| Rents and Leases | 0 | 0 |
| Depreciation, Depletion and Amortization | 0 | 0 |
| Other (list): | 0 | 0 |
| | 0 | 0 |
| Total Operating Expenses | $ 25,874 | $ 257,329 |
| **Operating Income (Loss)** | $ 36,592 | $ 35,545 |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ 0 | $ 0 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ 0 | $ 0 |
| Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 36,592 | $ 35,545 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 36,592 | $ 35,545 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** Aspirity Energy, LLC        **CASE NO:** 17-41991

## Form 2-E
## SUPPORTING SCHEDULES

For Period: 9/1/17 to 9/30/17

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | |
| Federal | $ 0 | $ 2,718 | $ 2,718 | | $ | 0 |
| State | 0 | 891 | 891 | | | 0 |
| FICA Tax Withheld | 0 | 1,220 | 1,220 | | | 0 |
| Employer's FICA Tax | 0 | 1,220 | 1,220 | | | 0 |
| **Unemployment Tax** | | | | | | |
| Federal | 0 | 42 | 42 | | | 0 |
| State | 0 | 246 | 246 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| **Accrued Income Tax:** | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: | 0 | 0 | 0 | | | 0 |
| **TOTALS** | $ 0 | $ 6,337 | $ 6,337 | | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | ADP | $ | 7/1/18 | $ 8/31/17 |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | | $ | | $ |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 01/01/08

**DEBTOR:** Aspirity Energy, LLC     **CASE NO:** 17-41991

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 08/1/2017 to 08/31/2017

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---:|---:|
| Under 30 days | $ 660,640.00 | $ 0.00 |
| 30 to 60 days | 34,663.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 695,303.00 | |
| **Pre Petition Amounts** | 96,977.00 | |
| Total Accounts Receivable | $ 792,280.00 | |
| Less: Bad Debt Reserve | -69,680.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 722,600.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---:|---:|---:|---|---:|
| Debtor's Counsel | $ 0 | $ 0 | 0 | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | 0 | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/08

| DEBTOR: | Aspirity Energy, LLC | | CASE NO: | 17-41991 |

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 9/30/2017

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 $ | | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 $ | | | |
| July | 2017 | $ 118,043 | 975 | | |
| August | 2017 | 139,589 | 975 | | |
| September | 2017 | 25,874 | 975 | | |
| TOTAL 3rd Quarter | | $ 283,505 $ | | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 $ | | | |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1
Rev. 01/01/08